NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMY CRUTCHFIELD,**
*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

---

2015-5010

---

Appeal from the United States Court of Federal Claims in No. 1:09-vv-00039-SGB, Judge Susan G. Braden.

---

**JUDGMENT**

---

JOHN FRANCIS MCHUGH, Law Office of John McHugh, New York, NY, argued for petitioner-appellant.

MICHAEL PATRICK MILMOE, Vaccine/Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by JOYCE R. BRANDA, RUPA BHATTACHARYYA, VINCENT J. MATANOSKI, VORIS E. JOHNSON, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and CHEN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 11, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |